*Hannibal Greene and George H. Cramer* v. *Russel C. Wheeler.*    O. L. Barbour, for the motion; B. F. Agan, for the complainants.

This was an application for an order upon the complainants to pay the defendant's solicitor the costs of attending to oppose the taxation of a bill of costs pursuant to notice; which

bill of costs was not presented for taxation at the time specified in the notice.

Costs of attending to oppose taxation. THE CHANCELLOR. I am not aware of any practice of this court allowing costs, as a matter of course, in a case like the present, as between party and party. There is no doubt, however, of the power of the court to give costs to a party who attends to oppose a taxation, pursuant to notice, and where the adverse party, without any reasonable excuse, neglects to proceed with the taxation in conformity with such notice. In this case, I infer from the affidavits, that the defendant's solicitor had actually been subjected to the expense of preparing an affidavit to oppose the taxation, and of sending it to his agent, before he was aware of the fact that the bill had been made out and noticed for taxation through a mistake of the copartner of the complainants solicitor. But the origin of such mistake, and the reason why the bill, as then made out, was never presented for taxation, is now satisfactorily explained by the affidavits on the part of the complainants. Under such circumstances, it would be adopting a new practice to charge the complainants with the costs of the attendance of the adverse party, prepared to resist the taxation.

The application must, therefore, be denied, but without cost to the complainants.